441 A.2d 799

Gouger, et ux., Appellants v. Sullivan et al.
Petition for Allowance of Appeal Denied May 3, 1982.

Argued September 9, 1981.
Paul H. Edelman, for appellants; Sidney D. Kline, for appellees.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

441 A.2d 799

Karen Park, Inc. v. Geller, Appellant.

Argued October 19, 1981.
Norman M. Abrams, submitted a brief on behalf of appellant; Charles I. Richman, for appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Order affirmed.